# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| GSC Construction, Inc. | ) ASBCA Nos. 59644, 59956, 60069 |
| | ) 60070, 60112, 60113 |
| | ) |
| Under Contract No. W912HN-10-D-0035 | ) |

APPEARANCE FOR THE APPELLANT:    James S. DelSordo, Esq.
        Argus Legal, LLC
        Manassas, VA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
        Engineer Chief Trial Attorney
        Brian P. Nutter, Esq.
        Engineer Trial Attorney
        U.S. Army Engineer District, Charleston

## ORDER OF DISMISSAL

These appeals have been settled. By email dated 17 June 2016, appellant moved to dismiss these appeals with prejudice. Appellant's motion is granted.

Wherefore, ASBCA Nos. 59644, 59956, 60069, 60070, 60112, and 60113 are hereby dismissed with prejudice.

Dated: 21 June 2016

JACK DELMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59644, 59956, 60069 60070, 60112, 60113, Appeals of GSC Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals